# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| **ARCH INSURANCE COMPANY,**<br><br>   Plaintiff,<br><br>   v.<br><br>**COOSA VALLEY FAIR ASSOCIATION, INC., SAMANTHA HUDGINS,** individually and as a parent and natural guardian of A.E., a minor; and **CHRISTEN LANG,** individually and as a parent and natural guardian of J.L., a minor,<br><br>   Defendants. | **CIVIL ACTION FILE:**<br>**NO. 4:24-cv-00047-WMR** |

## ARCH INSURANCE COMPANY DISMISSAL WITHOUT PREJUDICE

COMES NOW Arch Insurance Company, with mutual agreement of all parties, and files its DISMISSAL WITHOUT PREJUDICE, with each party to bear its own cost in this action. Respectfully, submitted this 17th day of June, 2024.

                                          **HALL BOOTH SMITH, P.C.**

                                          */s/ C. Michael Johnson*
                                          C. MICHAEL JOHNSON
                                          Georgia Bar No. 392550
                                          THOMAS K. WINGFIELD
                                          Georgia Bar No. 770653
                                          *Attorneys for Defendant, Arch Insurance*
                                             *Company*

191 Peachtree Street, N.E., Suite 2900, Atlanta, GA  30303-1775
Phone:       (404) 954-5000
Fax:   (404) 954-5020
MJohnson@hallboothsmith.com
TWingfield@hallboothsmith.com