IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| ARCH INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>COOSA VALLEY FAIR ASSOCIATION, INC., SAMANTHA HUDGINS, individually and as a parent and natural guardian of A.E., a minor; and CHRISTEN LANG, individually and as a parent and natural guardian of J.L., a minor, | CIVIL ACTION FILE:<br>NO. 4:24-cv-00047-WMR |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

COMES NOW Arch Insurance Company, with mutual agreement of all parties, and files its JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE, with each party to bear its own cost in this action.

Respectfully, submitted this 21st day of June, 2024.

| | |
|---|---|
| ***Prepared and submitted by:*** | **HALL BOOTH SMITH, P.C.** |
| | */s/ C. Michael Johnson*<br>C. MICHAEL JOHNSON<br>Georgia Bar No. 392550<br>THOMAS K. WINGFIELD<br>Georgia Bar No. 770653<br>*Attorneys for Plaintiff, Arch Insurance Company* |
| 191 Peachtree Street, N.E., Suite 2900, Atlanta, GA 30303-1775<br>Phone: (404) 954-5000<br>Fax: (404) 954-5020<br>MJohnson@hallboothsmith.com<br>TWingfield@hallboothsmith.com | |

| | |
|---|---|
| ***Agreed & Consented to by:*** | **BRINSON ASKEW BERRY SIEGLER RICHARDSON & DAVIS LLP** |
| | /s/   *Robert Lowry Berry* *(w/exp.permission)* <br> ROBERT LOWRY BERRY <br> Georgia Bar No. 055650 <br> SARAH C. MARTIN <br> Georgia Bar No. 440539 |
| 615 West First Street <br> P.O. Box 5007 <br> Rome, GA 30161 <br> Phone:  (706) 291-8853 <br> bberry@brinson-askew.com <br> smartin@brinson-askew.com | *Attorneys for Defendant, Coosa Valley Fair Association Inc.* |
| ***Agreed & Consent to by:*** | **PRITZKER HAGEMAN, P.A.** |
| | /s/   *David D. Coyle* *(w/exp.permission)* <br> DAVID C. COYLE <br> Minnesota Bar No. 396431 <br> *[Admitted Pro Hac Vice]* |
| 100 University Avenue SE <br> Minneapolis, MN 55414 <br> Phone: 612-367-8330 <br> Fax: 612-338-0104 <br> Email: dcoyle@pritzkerlaw.com | *Attorney for Defendants, Samantha Hudgins and Christen Lang* |
| ***Agreed & Consent to by:*** | **MILLER INSURANCE LAW ENTERPRISE** |
| | /s/   *Eric David Miller* *(w/exp.permission)* <br> ERIC DAVID MILLER <br> Georgia Bar No. 506574 |
| 115 Perimeter Center Place <br> South Terraces, Suite 430 <br> Atlanta, GA 30346 <br> Phone:  404-923-7599 <br> Email: emiller@mileatlanta.com | *Attorney for Defendants, Samantha Hudgins and Christen Lang* |